[No. 6320-1-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LYMAN GILMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79378, David C. Hunter, J., entered January
10, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Andersen and Ringold, JJ.

[No. 7018-5-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC M.
BISSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. J-83875, David W. Soukup, J., entered Sep-
tember 18, 1978. *Remanded* by unpublished opinion per
Williams, J., concurred in by Callow, C.J., and James, J.

[No. 7085-1-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
PAUL BOLTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86524, Peter K. Steere, J., entered October 25,
1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Callow, C.J., and James, J.

[No. 7126-2-I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHLEEN
MARIA CHRISTEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86786, H. Joseph Coleman, J., entered
November 22, 1978. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Swanson and Andersen, JJ.